IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 2:18-CR-101 - /2 |
| | : | |
| vs. | : | |
| | : | |
| SAMANTHA HOLLIS | : | |
| | : | |

## ORDER

AND NOW, on the _____ day of _____, 2021, upon consideration of the defendant's Motion to Travel Outside of the Eastern District of Pennsylvania, it is hereby ORDERED that said Motion is GRANTED. Accordingly, Samantha Hollis may travel to the Dominican Republic from July 9 thru July 13, 2021.

BY THE COURT:

_____
HONORABLE GENE E.K. PRATTER