**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No.  2:18-CR-101-12** |
| | : | |
| **vs.** | : | |
| | : | |
| **SAMANTHA HOLLIS et al** | : | |
| | : | |

## DEFENDANT'S MOTION TO JOIN PRE-TRIAL MOTIONS FILED BY CO-COUNSEL

TO THE HONORABLE GENE E.K. PRATTER, JUDGE, UNITED STATES EASTERN
DISTRICT OF PENNSYLVANIA, PHILADELPHIA:

COMES NOW the defendant, Samantha Hollis, through her attorney Lawrence J.
Bozzelli, Esquire, and makes the request to join the following pre-trial motions filed by co-
counsel and averts the following:

1) Motion In Limine To Limit Expert Testimony To A Proper Testimonial Format And Opinions
   Disclosed In Accordance With Rule 16(A)(1)(G) [Docket #392]
2) Motion in Limine to Preclude (1) References to "Illegal" or "Criminal" Prescriptions and (2) the
   Term "Reasonable Medical Certainty" [Docket #393]
3) Motion to Exclude Co-Defendants' Statements Pursuant to *United States v Bruton* [Docket
   #399]

WHEREFORE, it is respectfully requested that this Honorable Court enter an Order granting
the defendant Samantha Hollis permission to join the above listed pre-trial motions and
incorporate the defense arguments contained therein.

Respectfully submitted,

LAWRENCE J. BOZZELLI
Attorney for Samantha Hollis

## <u>CERTIFICATE OF SERVICE</u>

I, Lawrence J. Bozzelli, attorney for Ms. Hollis, hereby certify that I have served copies of the Defendant's Motion for Joinder via PACER/e-mail to (1) Mary Costello, Assistant United States Attorney, and (2) the Honorable Gene E.K. Pratter on the below listed date.

LAWRENCE J. BOZZELLI
Attorney for Samantha Hollis

DATE:  <u>May 12, 2022</u>