IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: November 9, 2022 |
| vs. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD, ET AL | : | CRIMINAL NO. 18-101-1 |

## NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **MOTION HEARING** on **December 6, 2022** at **9:30 A.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.
☒ **Hearing rescheduled from:** November 14, 2022
For additional information, please contact the undersigned.

                Michael Coyle,
                Deputy Clerk to Judge Pratter

Notice to:
    Defendant
    Defense Counsel
    A.U.S.A.
    A.U.S.A.
    U.S. Marshal
    Probation Office
    Pretrial Services
    Interpreter Coordinator